# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Noelle Zarowny | CASE NO.: 1:07-cv-05659 |
| Plaintiff, | JUDGE: Ruben Castillo |
| v. | |
| Redline Recovery Services, LLC | **NOTICE OF DISMISSAL** |
| Defendant. | **WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Jeffrey S. Hyslip
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    20 West Kinzie; Suite 1300
    Chicago, IL 60611
    Telephone: 1.866.339.1156
    Jsh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 29, 2007 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.


Redline Recovery Services, LLC
c/o LexisNexis Document Solutions,
Registered Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703

                /s/ Jeffrey Hyslip