## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5659 | **DATE** | 11/30/2007 |
| **CASE TITLE** | Noelle Zarowny vs. Redline Recovery Services, LLC | | |

**DOCKET ENTRY TEXT**

This case is hereby dismissed with prejudice pursuant to the Notice of Dismissal filed by the Plaintiff on 11/29/2007. Status report filing date of 12/3/2007 and settlement conference set for 12/6/2007 are vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|